# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR |
| | ) | **CR411 197** |
| vs. | ) | VIO: 21 U.S.C. §841(a) |
| | ) | Possession with Intent to |
| RENAE ALECIA MORRIS, | ) | Distribute Cocaine |
| Defendant | ) | |

11-8280-LRJ

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 28, 2011, in Liberty County, within the Southern District of Georgia,

**RENAE ALECIA MORRIS,**

aided and abetted by others known and unknown, did knowingly, willfully, and unlawfully possess with intent to distribute in excess of 500 grams of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §841(a).

A TRUE BILL

FOREPERSON

Edward J. Tarver
United States Attorney

James D. Durham
Assistant United States Attorney

Brian T. Rafferty
Assistant United States Attorney

Frederick W. Kramer, III
Assistant United States Attorney
**Lead Counsel

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2011 JUL 13  PM 4: 45

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. CR 411 197 |
| ) | |
| vs. ) | VIO: 21 U.S.C. §841(a)(1) |
| ) | Possession with Intent to |
| RENAE ALECIA MORRIS, ) | Distribute Cocaine |
| Defendant ) | |

### PENALTY CERTIFICATION

Count One:   Not less than 5 nor more than 40 years imprisonment;
A fine of not more than $5,000,000;
A term of supervised release of not less than 4 years; and
A special assessment of $100.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

Frederick W. Kramer, III
Assistant United States Attorney
Georgia Bar No. 428971

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

AO 442 (Rev. 5/93) Warrant for Arrest

2677813
1121-0714-2226-Z

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

v.

RENAE ALECIA MORRIS

**WARRANT FOR ARREST**

CASE NUMBER: CR411 197

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **RENAE ALECIA MORRIS**
                                          Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title  21  Section(s)  841(a)

HONORABLE JAMES E. ___
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

M A (Hill)
Signature of Issuing Officer
Deputy Clerk, USDC

July 14, 2011   Savannah, GA
Date and Location

Bail fixed at $  **Lodged as Detainer**   by  Magistrate Judge James E. Graham
                                               Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at: |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

GAS Rev 4/21/97